# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Khalied Z. Atieh     Case Number: 5:03CR00475-002

Name of Sentencing Judicial Officer:    Honorable Frederick J. Scullin, Jr.
                                             Senior U.S. District Court Judge

Date of Original Sentence:    February 15, 2005

Original Offense:    Conspiracy to Sell Counterfeit CDs and DVDs

Original Sentence:    2 Years Probation

Type of Supervision:    Probation      Date Supervision Commenced:    02/15/05

Asst. U.S. Attorney:    Ransom P. Reynolds      Defense Attorney: Mark W. Wasmund (Retained)

---

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | <u>General Condition #1: The defendant shall not commit another federal, state, or local crime.</u> On June 6, 2006, the offender was arrested by federal authorities and charged with Food Stamp Fraud in violation of 7 U.S.C. § 2024(c) and 18 U.S.C. § 2. An Indictment charges that from on or about January 1, 2005 through April 30, 2006, the defendant and his brother, Rafil Atieh, each aiding and abetting the other, knowingly presented and caused to be presented for payment and redemption, United States government Food Stamp program coupons, through electronic benefit transfer cards, in a value exceeding $100.00, knowing the same had been received and used in a manner contrary to the Food Stamp Act and the regulations issued pursuant to that program, by redeeming the beneficiaries' electronic benefits for cash at less than full value. These charges are pending in U.S. District Court and the case has been assigned to the Honorable Frederick J. Scullin, Jr., Senior U.S. District Judge. (Grade B Violation) |

Prob 12C                                                                             Petition for Warrant of Summons
                                                                                     for Offender Under Supervision

Name of Offender: Khalied Z. Athieh                        Case Number: 5:02CR00475-002

U.S. Probation Officer Recommendation:

   The term of supervision should be:

      [X]    Revoked
      [ ]    Extended for year(s), for a total term of years.

[ ]   The conditions of supervision should be modified as follows:

                                                          Respectfully submitted,

                                                        PAUL W. DeFELICE
                                                        Chief U.S. Probation Officer

            I declare under penalty of perjury that the foregoing is true and correct.

Approved by: _____Timothy R. Keohane_____ by: _____Michael J. Kester_____

                      Timothy R. Keohane                         Michael J. Kester
                      Supervising U.S. Probation Officer       U.S. Probation Officer
                                                              Date: June 13, 2006

## THE COURT ORDERS

[ ]   No Action
[✓]   **The Issuance of a Summons**
[ ]   Other
[ ]   The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

                                                                            Signature of Judicial Officer

                                                                            6/16/06
                                                                              Date